IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Action No. 92-cr-00336-LTB

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

MELVIN GRIGSBY, a/k/a "Papa G",

    Defendant-Petitioner.
_____

**ORDER**
_____

This case is before me on pro se Defendant-Petitioner's Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) (Doc 66 - filed March 6, 2008). In the Motion, Defendant-Petitioner requests that a lawyer be appointed to represent him.

Upon review of the file, the Court notes that Richard Stuckey previously represented Defendant and it appears that he is still counsel of record. Accordingly

IT IS ORDERED that Richard Stuckey is reappointed as counsel of record to continue to represent Defendant-Respondent in this matter.

IT IS FURTHER ORDERED that a status/scheduling hearing regarding this matter is set **Friday, March 28, 2008 at 10:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant's presence is waived for this hearing.

1

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of Defendant-Petitioner's Motion (Doc 66) to Richard Stuckey, and Assistant United States Attorney Stephanie Podolak, electronically, and add Defendant Grigsby to the certificate of service by mail at P.O. .Box 24550 U.S.P., Tucson, Arizona 85734.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: March 10, 2008